IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| All Cascino Vaughan Law Office Cases on Attached Exhibit A | ) ) ) | Case No. See Exhibit A |
| VS. | ) ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. | ) ) ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

| | |
|---|---|
| CASCINO VAUGHAN LAW OFFICES, LTD. | WILDMAN HARROLD ALLEN & DIXON, LLP. |
| By: _____ Michael Cascino 220 S. Ashland Avenue Chicago, IL 60607 (312) 944-0600 ATTORNEYS FOR PLAINTIFFS | By: _____ Jennifer Johnson 225 W. Wacker Dr. Chicago, IL 60606-1229 (312) 201-2000 ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY |

So Ordered
Charles R. Weiner
7/28/2005

Friday, May 27, 2005    Exhibit A    Page 1

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| Allen | Leonard E. | 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 | 94-2174 | IL | F | CENTRAL | DANVILLE |
| Beddow | Merle J. | 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 | 94-2239 | IL | F | CENTRAL | DANVILLE |
| Boaz | Charles | 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 | 94-2291 | IL | F | CENTRAL | DANVILLE |
| Burdette | Earl W. | 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 | 921220 | IL | F | CENTRAL | DANVILLE |
| Chaney | Melvin | 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 | 92-1509 | IL | F | CENTRAL | DANVILLE |
| Charvat | John | 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 | 94-1312 | IL | F | CENTRAL | DANVILLE |
| Creek | Robert | 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 | 91CV02479 | IL | F | CENTRAL | DANVILLE |
| De Clerk | John | 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 | 94-2292 | IL | F | CENTRAL | DANVILLE |
| Dickson | Marion | 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 | 93-1229 | IL | F | CENTRAL | DANVILLE |
| Edbrooke | Richard C. | 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 | 94-2260 | IL | F | CENTRAL | DANVILLE |
| Fascian | John V. | 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 | 91CV01357 | IL | F | CENTRAL | DANVILLE |
| Filippo | Raymond L. | 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 | 91CV01357 | IL | F | CENTRAL | DANVILLE |
| Fonner | Larry W. | 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 | 94-2175 | IL | F | CENTRAL | DANVILLE |
| Fritsch | George B. | 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 | 94-2295 | IL | F | CENTRAL | DANVILLE |
| Graber | James L. | 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 | 91CV01346 | IL | F | CENTRAL | DANVILLE |
| Gulotta | Peter | 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 | 94-2240 | IL | F | CENTRAL | DANVILLE |
| Hall | Henry | 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 | 92-1511 | IL | F | CENTRAL | DANVILLE |
| Hanauer | Ronald C. | 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 | 93-1161 | IL | F | CENTRAL | DANVILLE |
| Happekotte | Michael | 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 | 923290 | IL | F | CENTRAL | DANVILLE |
| Harris | Bernard J. | 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 | 94-2275 | IL | F | CENTRAL | DANVILLE |
| Heady | Dane | 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 | 91-2186 | IL | F | CENTRAL | DANVILLE |
| Heller | Gene | 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 | 94-2285 | IL | F | CENTRAL | DANVILLE |
| Herren | Richard | 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 | 92-1506 | IL | F | CENTRAL | DANVILLE |
| Hill | Jack | 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 | 92-1505 | IL | F | CENTRAL | DANVILLE |
| Kinser | Larry | 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 | 94-2282 | IL | F | CENTRAL | DANVILLE |
| Leamons | Doyle | 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 | 92-2323 | IL | F | CENTRAL | DANVILLE |
| Meeker | Orville | 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 | 94-2250 | IL | F | CENTRAL | DANVILLE |
| Morgan | Donald | 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 | 93-2134 | IL | F | CENTRAL | DANVILLE |
| Mumm | Roy | 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 | 94-2278 | IL | F | CENTRAL | DANVILLE |
| Normandin | Glen | 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 | 94-2238 | IL | F | CENTRAL | DANVILLE |
| Ogle | Edward | 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 | 94-2244 | IL | F | CENTRAL | DANVILLE |
| Parson | Delbert | 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 | 92-1503 | IL | F | CENTRAL | DANVILLE |
| Partlow | Charles | 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 | 94-1132 | IL | F | CENTRAL | DANVILLE |
| Phillips | George | 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 | 92-1502 | IL | F | CENTRAL | DANVILLE |
| Sanford | William M. | 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 | 93-2133 | IL | F | CENTRAL | DANVILLE |
| Slayton | Harland | 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 | 95-2051 | IL | F | CENTRAL | DANVILLE |
| Smith | Donald | 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 | 92-1499 | IL | F | CENTRAL | DANVILLE |
| Smith | Kenneth, Sr. | 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 | 94-2254 | IL | F | CENTRAL | DANVILLE |
| Thompson | Raymond | 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 | 95-2048 | IL | F | CENTRAL | DANVILLE |
| Vanderkolk | Richard | 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 | 94-2256 | IL | F | CENTRAL | DANVILLE |
| Welter | Dale | 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 | 91CV01352 | IL | F | CENTRAL | DANVILLE |
| Williams | Charles | 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 | 93-2085 | IL | F | CENTRAL | DANVILLE |
| Wills | James | 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 | 94-2176 | IL | F | CENTRAL | DANVILLE |
| Wynd | Robert | 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 | 921218 | IL | F | CENTRAL | DANVILLE |

EXHIBIT A